# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

## JUDGMENT IN A CIVIL CASE

CODY JO STAFFORD,

      Plaintiff,

v.                                       Case No. 22-03067-CV-S-MDH-P

ANNE L PRECYTHE, et al.,

      Defendants.

- ☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- ☒ **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: Defendant Harris' motion to dismiss is GRANTED and this case is DISMISSED.

Entered on: <u>September 23, 2022.</u>

                                                            PAIGE WYMORE-WYNN
                                                            CLERK OF COURT


                                                            /s/ K. Willis
                                                            (By) Deputy Clerk